**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-22309-RAR**

**VICTOR ARIZA**,

Plaintiff,

v.

**CHOICE HOTELS INTERNATIONAL, INC.**,
*d/b/a Comfort Inn & Suites Downtown*,

Defendant.
______________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on June 28, 2024, [ECF No. 11]. The parties have informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amenable to administratively closing this case while settlement discussions progress. Accordingly, the Court having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report or the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

4. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2024.

______________________________

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**